k**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                   Case No.   3:20-cr-86-J-32JBT

**AARON DURALL**                            Defense Atty: Brian Rafferty, Esq., and Levy Williams, Esq.
AUSA: Andrew Tysen Duva and Gary Winters

| JUDGE | Joel B. Toomey U. S. Magistrate Judge | DATE AND TIME | 6/29/2020 2:06 p.m. – 3:34 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Jacob Ely |

CLERK'S MINUTES

**PROCEEDINGS:**        INITIAL APPEARANCE/ARRAIGNMENT/BOND

Defendant is present with retained counsel Brian Rafferty, Esq., and Levy Williams, Esq. Defendant and attorneys are appearing by Zoom videoconference and Defendant consents to appearing by Zoom videoconference.

AUSA Tysen Duva is present in the courtroom and AUSA Gary Winters is present by telephone.

Defendant advised of rights, charges, penalties, special assessment and forfeiture provision.

Defendant enters a plea of not guilty as to each count charged in the Indictment against him.

Government to provide discovery by the end of the day on: **July 10, 2020**

Discovery motions to be filed by: **July 24, 2020**

Dispositive/Suppression motions to be filed by: **July 24, 2020**

Witness List: **10 calendar days prior to trial**

Jencks Act Material**: 5 calendar days prior to trial**

Status: **July 20, 2020 at 4:00 p.m. before the Honorable Timothy J. Corrigan.**

Trial: **August 3**, **2020 at 9:00 a.m. before the Honorable Timothy J. Corrigan.**

Page 2
USA v. Aaron Durall (4)
3:20-cr-86-J-32JBT

**Standing Order to enter.**

Government's oral motion for bond is **GRANTED**.

Unsecured Appearance Bond set in the amount of $250,000.00 with no deposit required to the Registry of the Court.

**Order Setting Conditions of Release to enter**.

**FILED IN OPEN COURT:**
    **Notice of Acceptance of General Discovery**