**<u>Exhibit B</u>**

Message

**From:** james.balcom@anthem.com [james.balcom@anthem.com]
**Sent:** 2/1/2017 10:08:34 AM
**To:** Heather.Burch@bcbsmo.com
**Subject:** RE: Putnam County Memorial Hospital

Just wondering if there is/was a general rule or guideline that covered this issue even if it wasn't spelled out in a specific contract? Asking, because I have no idea.

**From:** Burch, Heather
**Sent:** Wednesday, February 01, 2017 10:04 AM
**To:** Balcom, James
**Subject:** RE: Putnam County Memorial Hospital



Part of the reason we were negotiating with Putnam is to move the facility to our current contract template that addressed pass through billing. I don't feel that we can hold them to the pass through rule if it is silent in their current contract.

Heather R Burch | Provider Network Manager I | P:314.923.4362| F:314.923.6602|
Email: heather.burch@anthem.com| 1831 Chestnut Street | St. Louis, MO 63103

**From:** Balcom, James
**Sent:** Wednesday, February 01, 2017 8:51 AM
**To:** Burch, Heather
**Subject:** RE: Putnam County Memorial Hospital

Do you have an opinion then as to whether they can be held to the pass through rule if it's not addressed in their contract?

**From:** Burch, Heather
**Sent:** Wednesday, February 01, 2017 9:47 AM
**To:** Balcom, James
**Subject:** RE: Putnam County Memorial Hospital

Jim

The current contract that Putnam County Memorial is on does not address pass through billing.

Heather R Burch | Provider Network Manager I | P:314.923.4362| F:314.923.6602|
Email: heather.burch@anthem.com| 1831 Chestnut Street | St. Louis, MO 63103

**From:** Balcom, James
**Sent:** Wednesday, February 01, 2017 8:45 AM
**To:** Burch, Heather
**Subject:** RE: Putnam County Memorial Hospital

Ok, thanks.

**From:** Burch, Heather
**Sent:** Wednesday, February 01, 2017 9:44 AM
**To:** Balcom, James
**Subject:** RE: Putnam County Memorial Hospital

This hospital is on an old contract template that I am not familiar with. I am looking at the agreement now.

Message

**From:** rblawrence@bcbsga.com [rblawrence@bcbsga.com]
**Sent:** 1/23/2017 1:23:57 PM
**To:** shalini.wittstruck@bcbsga.com; Hermese.Leach@anthem.com; michelle.evans3@anthem.com; rrmason@bcbsga.com
**Subject:** RE: Chestatee Regional

This would not be pass thru billing in this case. The hospital lab is actually conducting the lab test and billing us directly. The problem is that the hospital is billing lab test on UB and we do not have a lab fee schedule with the hospital, but paying discount off charges.

From: Wittstruck, Shalini A.
Sent: Friday, January 20, 2017 6:59 PM
To: Leach, Hermese; Lawrence, Ron B; Evans, Michelle; Mason, Renee
Subject: RE: Chestatee Regional

Thanks for including me. Maybe I'm wrong but wouldn't this practice classify as pass through billing, which is not allowed per contract? Granted if it's non par, it's moot....

From: Leach, Hermese
Sent: Friday, January 20, 2017 12:00 PM
To: Lawrence, Ron B; Evans, Michelle; Mason, Renee
Cc: Wittstruck, Shalini A.
Subject: RE: Chestatee Regional

I spoke with Heather Boyer, my Enterprise counterpart who's working on Toxicology. Apparently, they've been seeing a trend with small rural hospitals that are perhaps looking for new revenue streams (thus far it's primarily been non-contracted facilities and GA has not been a state that's shown up in the findings). It appears the hospitals have begun acting almost as reference labs for BH type providers and billing for drug screening codes. This situation is unique in that Chestatee is a contracted provider and the vast majority of what SIU has seen has been with non-contracted facilities.

COC was able to address this on the professional side last year, but has not done much for providers that bill on the UB. Determining a strategy to address facilities will be a focus in 2017.

Hermese Leach  I  Program Director, Cost of Care  I  Anthem, Inc.
3350 Peachtree Road, Atlanta, GA 30326  I  Office (404) 842-8036  I  Mobile (404) 273-0935

From: Lawrence, Ron B
Sent: Thursday, January 19, 2017 10:20 AM
To: Evans, Michelle; Mason, Renee
Cc: Leach, Hermese; Wittstruck, Shalini A.
Subject: Chestatee Regional

SIU brought me copies of some claims last week where we are paying the hospital $2,700 for a lab code, G0479.

Michelle, I will give the copies to you.

We need to find out why are we paying this? What rate do we have with the hospital for PAR, PPO, and HMO open access? Is it a discount? How do we pay their lab codes when billed separately on the UB under the hospital name?

This is a potential cost of care savings and we may find issue with other hospitals.

Ron