UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:20-cr-86-TJC-JBT

AARON DURALL

### BILL OF PARTICULARS
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture from defendant Aaron Durall on the basis of the allegations set forth in the "Forfeiture" section of the Superseding Indictment: the sum of at least $184,407,671.87, which represents the total amount of proceeds that the defendant personally obtained as a result of the offenses charged.

Further, the United States hereby gives notice that, upon defendant's conviction of the alleged counts, it intends to seek forfeiture of the following properties as substitute assets:[1]

---

[1] The properties were previously specified as being sought for forfeiture as directly traceable assets. This filing amends the classification of the properties from directly traceable to substitute assets. (Doc. 180).

A. **Real Property**

1. Real property located at 7822 Marvana Lane, Parkland, Florida 33076, including all improvements thereon and appurtenances thereto.

    Titled Owners: Aaron L. Durall & Melanie M. Durall;

2. Real property located at 9447 Satinleaf Place, Parkland, Florida 33076, including all improvements thereon and appurtenances thereto.

    Titled Owner: Dalton Durall, Jr.;

B. **Vehicles**

1. 2017 Range Rover, VIN: SALGS2FE0HA325026, registered to Aaron Durall;

2. 2015 Ferrari 458 Speciale Spider, VIN: ZFF78VHA0F0214434, registered to Aaron L. Durall;

3. 2015 Mercedes Benz S550, VIN: WDDUG8CB7FA191689, registered to Aaron Durall;

C. **Jewelry**

1. Audemars Piguet Royal Oak Lady Offshore Women's Watch (seized from Aaron Durall);

2. Tiffany & Company diamond 3.280 carat solitaire ring; and

3. Patek Philippe 5940G-010 men's watch.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Mai Tran*
MAI TRAN
Assistant United States Attorney