UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 3:20-cr-86(S1)-J-TJCJBT

JORGE PEREZ, et al.
_____/

**DEFENDANT AARON DURALL'S PROPOSED
STATEMENT OF THE CASE FOR THE VENIRE**

The government accuses Aaron Durall of a scheme to defraud based on allegations levied by a number of private insurance companies relating to urine testing billed through three rural hospitals, Campbellton-Graceville Hospital, Regional General Hospital, and Chestatee Regional Hospital. The government claims that most of the testing billed through these hospitals was not actually performed at these hospitals and was not medically necessary, and therefore any claims submitted through these hospitals to these insurance companies seeking reimbursement for this testing is fraudulent.

Mr. Durall flatly denies that he engaged in any scheme to defraud. First, contrary to the government's claims, Mr. Durall installed laboratory equipment at the rural hospitals, and had thousands of urine samples in fact tested on this laboratory equipment at the rural hospitals. Second, it is entirely lawful for the rural hospitals to reference out urine samples to independent reference labs for more complex testing, and to bill the testing performed by the independent

reference labs through the rural hospitals. Third, as a lab owner, Mr. Durall is not permitted to second-guess the judgment of medical professionals who ordered this urine testing, and therefore Mr. Durall has no legal responsibility for any claim by the government that these tests were not medically necessary.

In short, Mr. Durall contends that there is nothing false or fraudulent about any claim submitted to these insurance companies. At all times, Mr. Durall acted in good faith in working with these rural hospitals, and contends that he is an innocent man, wrongly accused of a crime he did not commit.

Respectfully submitted this 22nd day of April, 2022.

/s/ *Brian Rafferty*
BRIAN MCEVOY
BRIAN RAFFERTY
GRACE ZOLLER
BAKER & HOSTETLER LLP
1170 Peachtree Street
Suite 2400 Atlanta, GA 30309
Telephone: (404) 256-8233
Facsimile: (404) 459-5734
Email: bmcevoy@bakerlaw.com
Email: brafferty@bakerlaw.com
Email: gzoller@bakerlaw.com

*Admitted Pro Hac Vice*

/s/ *Lindy K. Keown*
LINDY K. KEOWN
Florida State Bar No. 117888
BAKER & HOSTETLER LLP
SunTrust Center
200 S Orange Avenue, Suite 2300

2

>Orlando, Florida 32801
>Telephone: (407) 649-4087
>Facsimile: (407) 841-0168
>Email: lkeown@bakerlaw.com
>*Counsel for Aaron Durall*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2022, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to A. Tysen Duva, AUSA and counsel of record.

>/s/ Lindy K. Keown
>LINDY K. KEOWN