IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 3:20-cr-86-TJC-JBT |
| AARON DURALL, et al. | |
| Defendants. | |

## **DEFENDANT AARON DURALL'S WITNESS LIST**

COMES NOW Defendant Aaron Durall, through undersigned counsel, and respectfully submits the below Witness List. Mr. Durall reserves his right to amend, supplement, and revise his witness list as necessary.

1. Michelle Jordan
2. Jose Prendes
3. Arceli Enzienzo
4. Julie Gallagher
5. Lisa Zini
6. Lisa Bateman
7. Jaquanda Smith
8. Martin Rowe
9. Jonathan Wright
10. Jason LaBonte
11. Jose Ramos

12. Jose Salazar
13. Lolita Vasquez
14. Marien Molina
15. John Iacovelli
16. Ayms Lang
17. Randy Chartash
18. Steve McClain
19. Chris Huber
20. Jahmilla Smith
21. Mark Durall
22. Tracie Cowart
23. Cathy Sanford
24. Lisette Camejo
25. Latoya Flowers
26. John Lleywelyn
27. Ivy Go
28. Iris Fernandez
29. Jessamine Ombing
30. Peggy Byrd
31. Daisy Rodriguez

32. Heidy Alvarenga

33. Davena Graham

34. Brandon Mundy

35. Zena Khan

36. JT Landers

37. Any witness the government calls during its case in chief.

Dated:     April 28, 2022             Respectfully submitted,

/s/ Brian T. Rafferty
Brian T. Rafferty
Brian F. McEvoy
Grace W. Zoller
BAKER & HOSTETLER LLP
1170 Peachtree Street
Suite 2400 Atlanta, GA 30309
Telephone: (404) 256-8233
Facsimile: (404) 459-5734
Email: bmcevoy@bakerlaw.com
Email: brafferty@bakerlaw.com
Email: gzoller@bakerlaw.com

*Admitted Pro Hac Vice*

/s/ Lindy K. Keown
LINDY K. KEOWN
Florida State Bar No. 117888
BAKER & HOSTETLER LLP
SunTrust Center
200 S Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4087

Facsimile: (407) 841-0168<br>
Email: lkeown@bakerlaw.com

*Counsel for Aaron Durall*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 28th day of April, 2022.

/s/ Lindy K. Keown<br>
Lindy K. Keown<br><br>
*Admitted Pro Hac Vice*