UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 3:20-cr-86(1)-TJC-JBT

JORGE PEREZ, et al.

## GOVERNMENT'S WITNESS LIST

The Government submits this witness list for the trial scheduled to begin on February 21, 2023. The Government reserves the right to supplement, amend, and revise this list prior to and during trial.

1. Gary Ayres
2. James Balcom
3. Carey Bobbitt
4. Heather Burch
5. David Byrns
6. Dr. Marcus DeCarvalho
7. Steven Dompe
8. Arceli Encienzo
9. Hunter Fuhr
10. Wesley Foister
11. Julie Gallagher
12. FBI Forensic Accountant Kimberly Henderson

13. Dr. Mark Hernandez
14. Yesenia Hidalgo
15. Michelle Jordan
16. Charles Kagey
17. Teresa Jackson
18. Dr. Michael Ligotti
19. Steven Lobel
20. Kyle Marcotte
21. Kara McVey
22. Edith Mears
23. Missy Parks
24. Gayle Pickens
25. John Polanco
26. James F. Porter, Jr.
27. Christopher Ragan
28. Brenda Rhodes
29. Howard Rochay
30. Nestor Rojas
31. Margaret Russell
32. Garrett Shohan
33. Arthur Simmons
34. Kelly Smallwood

35. Eladia (Linda) Sullivan

36. Marc Teruel

37. Kelly Tobin

38. Dr. Corey Waller

39. Andrew Young

40. Lisa Zini

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

By:  */s/ Tysen Duva*
       TYSEN DUVA
       Assistant United States Attorney
       Florida Bar No. 0603511
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone: (904) 301-6300
       E-mail: Tysen.Duva@usdoj.gov

        GLENN S. LEON
        CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Gary A. Winters*
      JAMES V. HAYES (FL Bar # A5501717)
      Senior Litigation Counsel
      GARY A. WINTERS (FL Bar # A5501852)
      Trial Attorney
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, DC 20005
      Tel: (202) 598-2382
      Email: Gary.Winters@usdoj.gov
             James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2023, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

        */s/ Gary A. Winters*
        GARY A. WINTERS
        DOJ Trial Attorney