IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                                    Case No. 3:20-cr-86-TJC-JBT

AARON DURALL, et al.

    Defendants.

**DEFENDANT AARON DURALL'S FIRST AMENDED WITNESS LIST**

COMES NOW Defendant Aaron Durall, through undersigned counsel, and respectfully submits the below Witness List.  Mr. Durall reserves his right to amend, supplement, and revise his witness list as necessary.

1.  Lisa Bateman

2.  Jaquanda Smith

3.  Mark A. Alig

4.  Jonathan Wright

5.  Jason LaBonte

6.  Jose Salazar

7.  Lolita Vasquez

8.  Marien Molina

9.  Jahmilla Smith

10. Daniel Simao

11. Tracie Cowart

12. Cathy Sanford

13. Ivy Go

14. Iris Fernandez

15. Jessamine Ombing

16. Peggy Byrd

17. JT Landers

18. Retired FBI Special Agent John Wood

19. Ron B. Lawrence

20. Keifer Novak

21. Allison Lowe

22. Dr. Robert Maresh

23. Jim Silver

24. Lynn Currie

25. David Popik

26. Brett Bowden

27. Jose Ramos

28. Michael Brodnick

29. Any witness on the government's witness list from the first trial, or the retrial, that the government elects not to call.

Dated:        February 20, 2023            Respectfully submitted,

/s/ Brian T. Rafferty
Brian T. Rafferty
BAKER & HOSTETLER LLP
1170 Peachtree Street
Suite 2400 Atlanta, GA 30309
Telephone: (404) 256-8233
Facsimile: (404) 459-5734
Email: brafferty@bakerlaw.com
Admitted Pro Hac Vice

/s/ Lindy K. Keown
LINDY K. KEOWN
Florida State Bar No. 117888
BAKER & HOSTETLER LLP
SunTrust Center
200 S Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4087
Facsimile: (407) 841-0168
Email: lkeown@bakerlaw.com

Counsel for Aaron Durall

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing with the

Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to the attorneys of record.

This the 20th day of February, 2023.

/s/ Lindy K. Keown
LINDY K. KEOWN