# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON DURALL                  CASE NO. 3:20-cr-86-TJC-JBT
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Brian T. Rafferty (Aaron Durall) |
| Gary A. Winters | Steven H. Sadow (Christian Fletcher) |
| James V. Hayes | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Andrew Bonderud (Aaron Alonzo) |

## HONORABLE TIMOTHY J. CORRIGAN,
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Kerri Hatfield     Court Reporter: Shannon Bishop
Interpreter: Etienne van Hissenhoven

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 7AA, 7BB, 7CC, 7DD, 7EE, 7FF, 8B, 8C, 8D, 9A, 9B, 9C, 9E, 10A, 10B, 10C, 10E, 10F, 15A, 15C, 18A, 18B, 18C, 23A, 23B, 23D, 24A, 24B, 24C, 24D, 24E, 1E(1), 1F(1), 48M, 50, 98, 99, 77A, 77B

**Government's Witnesses:** Kimberly Henderson

Government rests.

Ruling on Defendants' ore tenus Motions for Judgment of Acquittal is **DEFERRED**. Further argument will be heard at a later date.

Interpreter sworn in.

**Defendant Alonzo's Exhibits:** 20

**Defendant Durall's Exhibits:** 350A, 350B, 350C, 350D, 10E, 220, 230, 240A, 240B, 240C, 240D, 211, 210, 54

**Defendant Durall's Witnesses:** Leigh McKenna, Jaquanda Smith, Daniel Simao

Jury recessed, to report back at 8:45 a.m. on March 14, 2023.

**DATE:** March 13, 2023     **TIME:** 8:50 a.m. – 5:07 p.m.
                             (Recess 12:32 p.m. –1:35 p.m.)