UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON DURALL                     CASE NO. 3:20-cr-86-TJC-JBT
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Brian T. Rafferty (Aaron Durall) |
| Gary A. Winters | Steven H. Sadow (Christian Fletcher) |
| James V. Hayes | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Andrew Bonderud (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN,
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield      Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 101, 111, 103

**Defendant Durall's Exhibits:** 360, 370

**Defendant Durall's Witnesses:** Aaron Durall, Mark Alig

Defendant Durall rests.

Defendant Zaffuto rests.

Defendant Alonzo rests.

**Defendant Fletcher's Exhibits:** 157, 158, 154, 19, 93, 95, 95(1), 97, 98, 98(1), 98(2), 98(3), 98(4), 98(5), 98(6), 98(7), 98(8), 98(9), 98(10), 98(11), 98(12), 98(13), 99, 99(1), 100, 100(1) 101, 101(1), 102, 102(1), 103, 104, 104(1), 105, 105(1), 106, 106(1), 107, 107(1), 108, 108(1), 109, 109(1), 110, 111, 111(1), 112, 112(1), 113, 113(1), 114, 114(1), 115, 115(1), 117, 118, 119, 120, 121, 127, 128, 129, 130, 131, 132, 134, 142, 145, 149, 150, 153, 155, 156, 156(1), 156(2), 156(3)

**Defendant Fletcher's Witnesses:** Mark Herbers, Christian Fletcher

Jury recessed, to report back at 8:45 a.m. on March 16, 2023.

**DATE:** March 15, 2023           **TIME:**  8:59 a.m. – 4:36 p.m.
                                              (Recess  12:31 p.m. – 1:31 p.m.)

2