- During the time of the alleged scheme, were there any laws prohibiting pass-through billing and/or sending samples from an out-of-network lab to an in-network lab/hospital facility?

I have given you the instructions on the law applicable in this case. I am not able to give you any further instruction in response to your question.

Judge Corrigan
3/20/23
4:15 p.m.