**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

AARON DURALL                         CASE NO. 3:20-cr-86-TJC-JBT
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

Counsel for Government:           Counsel for Defendant:
Andrew Tysen Duva                 Brian T. Rafferty (Aaron Durall)
Gary A. Winters                   Steven H. Sadow (Christian Fletcher)
James V. Hayes                    Vince Citro (Christian Fletcher)
                                  Joshua Sabert Lowther (Neisha Zaffuto)
                                  Andrew Bonderud (Aaron Alonzo)

**HONORABLE TIMOTHY J. CORRIGAN,**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Jury resumed deliberations.

Court provided lunch for the 12 deliberating jurors and the 4 alternate jurors who are required to remain in the courthouse until the jury reaches a verdict.

Allen Charge given.

Court Exhibit – 4 (See "Jury Note" docket entry)

Jury returns with a verdict. All defendants found **NOT GUILTY** on all counts. Judgments of acquittal to enter.

Jury polled.

Jury discharged.

**DATE:** March 21, 2023   **TIME:** 11:28 a.m. – 11:55 a.m.
                                      12:41 p.m. – 1:21 p.m.
                                      4:05 p.m. – 4:19 pm