We are deadlocked. We have
person(s) that have stated "nothing
will change their mind"

What do we do?