UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

AARON DURALL

## VERDICT

1. With regard to Count One of the Indictment, which charges Conspiracy to Commit Health Care Fraud and Wire Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY __✓__   GUILTY _____

If you found AARON DURALL not guilty of Count One, skip the next question and proceed to consider Count Two below.

If you found AARON DURALL guilty of Count One, answer this question: We, the Jury, unanimously find the following to be the Object of the Conspiracy (choose one):

_____ Health Care Fraud

_____ Wire Fraud

_____ Both Health Care Fraud and Wire Fraud

2. With regard to Count Two of the Indictment, which charges Health Care Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY √   GUILTY _____

3. With regard to Count Three of the Indictment, which charges Health Care Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY √   GUILTY _____

4. With regard to Count Four of the Indictment, which charges Health Care Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY √   GUILTY _____

5. With regard to Count Five of the Indictment, which charges Health Care Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY √   GUILTY _____

6. With regard to Count Six of the Indictment, which charges Health Care Fraud, we, the Jury, find AARON DURALL:

NOT GUILTY √   GUILTY _____

7. With regard to Count Seven of the Indictment, which charges Conspiracy to Commit Money Laundering, we, the Jury, find AARON DURALL:

NOT GUILTY __✓__ GUILTY _____

If you found AARON DURALL not guilty of Count Seven, skip the next question and proceed to consider Count Nine below.

If you found AARON DURALL guilty of Count Seven, answer this question: We, the Jury, unanimously find the following to be the Object of the Conspiracy (choose one):

_____ Promotional Money Laundering (18 U.S.C. § 1956(a)(1)(A)(i))

_____ Monetary Transaction Money Laundering (18 U.S.C. § 1957)

_____ Both Promotional Money Laundering and Monetary Transaction Money Laundering

8. With regard to Count Nine of the Indictment, which charges Money Laundering, we, the Jury, find AARON DURALL:

NOT GUILTY __✓__ GUILTY _____

3

9. With regard to Count Ten of the Indictment, which charges Money Laundering, we, the Jury, find AARON DURALL:

NOT GUILTY √____    GUILTY _____

10. With regard to Count Twenty-Three of the Indictment, which charges Money Laundering, we, the Jury, find AARON DURALL:

NOT GUILTY √____    GUILTY _____

SO SAY WE ALL,

_____          03·21·2023
FOREPERSON'S SIGNATURE        DATE